IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ASHLEY THURSTON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-17-975-BMJ |
|  | ) |  |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) ) ) ) | |
|  | ) |  |
| Defendant. | ) |  |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones on September 26, 2017. Judge Jones recommends the denial of Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 because she has sufficient financial resources to pay the filing fee. Within the time period for an objection, Plaintiff has paid the full $400.00 fee. Thus, the Court finds that Plaintiff's application is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 5] is DENIED. This matter remains under referral to Judge Jones for further action.

IT IS SO ORDERED this 11th day of September, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE